MARCH 17, 2003

No. 02–9541 (02A773). IN RE JONES. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and

by him referred to the Court, denied. Petition for writ of habeas corpus denied.